AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

BILLY NSUBUGA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1735-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __8/5/02 to 9/17/02__ in __Essex, Suffolk & Norfolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) commit the offenses of Bank Fraud, Mail Fraud, Forgery and False Use of Passport and Fraud In Connection With Identification Document

in violation of Title __18__ United States Code, Section(s) __1344, 1341, 1543 and 1028(a)(7)__.

I further state that I am a(n) __U.S. Postal Inspector__ and that this complaint is based on the following
                                    Official Title
facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
RUTH M. MENDONCA
Postal Inspector

Sworn to before me and subscribed in my presence,

July 29, 2005                                       at         Boston, MA
Date                                                            City and State
CHARLES B. SWARTWOOD
Chief, U.S. Magistrate Judge                       _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.