AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

v.

Billy Nsubuga

filed in open court 8/3/2005

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-1735-CBS

I, __Billy Nsubuga__, charged in a (complaint) (petition) pending in this District with _____
in violation of Title __18__, U.S.C., __1344, 1341, 1543 and 1028(a)(7)__
and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Billy Nsubuga_
Defendant

__8/4/05__
Date

_[signature]_
Counsel for Defendant