**ROGER WITKIN**
ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108
———
TEL (617) 523-0027
FAX (617) 523-2024

August 18, 2005

Lisa Roland, Courtroom Clerk for
Honorable Charles B. Swartwood, III
Federal Courthouse
595 Main Street
Worcester, MA 01608 2076

RE:   **UNITED STATES V. BILLY NSUBUGA**
      **MAGISTRATE NO. 05 01735 CBS**

Dear Ms. Roland:

In reference to the above entitled matter would you kindly enter my appearance in behalf of the defendant Billy Nsubuga.

My BBO number is 531780.

Thank you very much.

Very truly yours,

ROGER WITKIN

/slw

c.c.   client
       Glen P. Randall, Esq.
       AUSA Victor Wild