UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | No. 05-1735-CBS |
| ) | |
| BILLY NSUBUGA ) | |

## MOTION TO WITHDRAW

Now comes undersigned counsel in the above entitled matter and respectfully moves this Honorable Court to allow him to withdraw. In support thereof, undersigned counsel states that he was originally assigned to represent the defendant pursuant to the Criminal Justice Act. Subsequent to said appointment Attorney Roger Witkin has entered his appearance on behalf of the defendant.

Wherefore, as the defendant is now represented by retained counsel for all purposes, the undersigned respectfully requests the authority of this Court to withdraw from any and any future representation of the defendant.

Respectfully submitted,

*[signature]*

Glen P. Randall
BBO#: 563472
Murphy & Randall, LLP
50 Burlington Mall Road, Suite 100
Burlington, MA 01803
Tel.: (781) 238-0300

Dated August 23, 2005