AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BILLY NSUBUGA

## WARRANT FOR ARREST

CASE NUMBER: 05-1735-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BILLY NSUBUGA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Bank Fraud, Mail Fraud, Forgery and False Use of Passport, and Fraud In Connection With Identification Document

in violation of Title __18__ United States Code, Section(s) __1344, 1341, 1543, and 1028(a)(7)__

Charles B. Swartwood
Name of Issuing Officer

Chief, Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

7-29-05 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Billy Nsubuga

ALIAS: _____

LAST KNOWN RESIDENCE: 17 Henry Street, #3, Malden, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: Uganda

DATE OF BIRTH (4 digit year): 00-00-1974

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5258

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____